FILED
MAR 0 8 2012
DAVID CREWS, CLERK
BY [signature] Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION

MDL No. 2272

**APPROVED FORM OF SHORT FORM COMPLAINT**

This applies to:

JULIE THREADGILL

Plaintiff,

vs.

Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc.;

Defendants.

**JURY TRIAL DEMAND**

MSND# 1:12CV060-M-S

**APPROVED SHORT FORM COMPLAINT FOR**

**ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Plaintiff incorporates by reference Plaintiffs' Master Long Form Complaint in In Re: Zimmer NexGen Knee Implant Products Liability Litigation, MDL 2272, filed as of January 12, 2012, as Document Number 211. Pursuant to a Stipulated Order of the PSC in MDL 2272 and Counsel for Defendants, the following Short Form Complaint is approved for use in this action. Where Plaintiff's Complaint was previously transferred into MDL 2272, this Short Form Complaint and the incorporated Master Long Form Complaint shall serve as an amended Complaint.

Plaintiff selects and indicates by checking off the appropriate spaces, those products and claims that are specific to his or her case. Where certain claims require specific pleadings or case specific facts and individual information, plaintiff shall add and include them herein.

1. Plaintiff, JULIE THREADGILL, states and brings this civil action before the Court for the United States District Court for the Northern District of Illinois as a related action in the matter entitled IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION, MDL No. 2272. Plaintiff is filing this short form complaint as permitted and approved by Order of the MDL 2272 Court, and adopts and incorporates by reference those allegations in the Plaintiffs' Master Long Form Complaint and any and all amendments thereto.

2. This action is brought pursuant to 28 U.S.C. §1332, as diversity of citizenship exists among and between the parties.

3. Venue is proper under 28 U.S.C. §1391 as defendants named herein do business within this district.

4. Plaintiff, JULIE THREADGILL is a resident and citizen of Mississippi and claims damages as set forth below.

5. Plaintiff was born on March 31, 1964.

**ALLEGATIONS AS TO DEVICE(S) AND INJURIES**

6. Plaintiff was implanted with Zimmer NexGen® Knee devices on her left knee on or about October 29, 2007 at North Mississippi Medical Center, by Dr. Mitchell Massey.

7. On or about October 29, 2007, Plaintiff suffered personal and economic injuries as a result of the implantation of the following Zimmer NexGen® Knee device(s):

_____ Zimmer NexGen LPS-Flex

_____ Zimmer NexGen CR-Flex

_____ Zimmer NexGen GSF LPS-Flex

    __X__ Zimmer NexGen GSF CR-Flex

    __X__ Zimmer NexGen MIS Tibia

8. Plaintiff has not yet scheduled a revision surgery with respect to the defective Zimmer NexGen® Knee device(s).

9. Plaintiff has suffered injuries as a result of implantation and revision/explantation of the Zimmer NexGen® Knee device(s) manufactured by defendants as described in the forthcoming Plaintiff's Fact Sheet and other responsive documents in discovery provided to the defendants and/or obtained by the defendants through Plaintiff's authorization and are incorporated by reference herein.

10. At the time of implantation with the Zimmer NexGen® Knee device(s), the plaintiff resided 120 CR 632, Corinth, Mississippi 38834.

11. The defendants by their actions or inactions, proximately caused Plaintiff's injuries.

12. Plaintiff claims damages as a result of:

    _X_ injury to herself/himself

    ___ injury to the person represented

    ___ wrongful death

    ___ survivorship action

    _X_ economic loss

    ___ loss of services

    ___ loss of consortium

13. Neither Plaintiff nor her physicians, through the exercise of reasonable diligence, could have detected the defective nature of the Zimmer NexGen® Knee device any earlier than

the evidence of loosening and/or other indication for planned revision of the defective devices, or as the facts dictate and produced in discovery.

14. As a result of the injuries Plaintiff sustained, she is entitled to recover compensatory damages for pain and suffering and emotional distress and for economic loss as well as punitive damages.

15. Plaintiff's Zimmer NexGen® Flex Knee device bears catalog number 5750-15-01 and lot number 60574655. Plaintiff's Zimmer NexGen® MIS Knee device bears catalog number 5950-37-02 and lot number 60752975.

**ALLEGATIONS AS TO DEFENDANTS**
**SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

16. The following claims and allegation are asserted by Plaintiffs and are herein adopted by reference:

**COUNT I – STRICT LIABILITY DESIGN DEFECT**

________ COUNT I (a) ZIMMER LPS-FLEX;

________ COUNT I (b) ZIMMER CR-FLEX;

________ COUNT I (c) ZIMMER GSF LPS-FLEX;

__X____ COUNT I (d) ZIMMER GSF CR-FLEX;

__X_____ COUNT I (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT II – STRICT LIABILITY FAILURE TO WARN**

________ COUNT II (a) ZIMMER LPS-FLEX ;

________ COUNT II (b) ZIMMER CR-FLEX;

________ COUNT II (c) ZIMMER GSF LPS-FLEX;

__X_____ COUNT II (d) ZIMMER GSF CR-FLEX;

__X_____ COUNT II (e) ZIMMER MIS TIBIAL COMPONENTS;


**COUNT III – STRICT LIABILITY MANUFACTURING DEFECT**

________ COUNT III (a) ZIMMER LPS-FLEX;

________ COUNT III (b) ZIMMER CR-FLEX;

________ COUNT III (c) ZIMMER GSF LPS-FLEX;

___X____ COUNT III (d) ZIMMER GSF CR-FLEX;

___X____ COUNT III (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT IV -NEGLIGENCE**

________ COUNT IV (a) ZIMMER LPS-FLEX;

________ COUNT IV (b) ZIMMER CR-FLEX;

________ COUNT IV (c) ZIMMER GSF LPS-FLEX;

___X____ COUNT IV (d) ZIMMER GSF CR-FLEX;

___X____ COUNT IV (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT V – NEGLIGENT MISREPRESENTATION**

________ COUNT V (a) ZIMMER LPS-FLEX;

________ COUNT V (b) ZIMMER CR-FLEX;

________ COUNT V (c) ZIMMER GSF LPS-FLEX;

___X____ COUNT V (d) ZIMMER GSF CR-FLEX;

___X____ COUNT V (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VI – EXPRESS WARRANTY**

________ COUNT VI (a) ZIMMER LPS-FLEX;

________ COUNT VI (b) ZIMMER CR-FLEX;

________ COUNT VI (c) ZIMMER GSF LPS-FLEX;

___X____ COUNT VI (d) ZIMMER GSF CR-FLEX;

___X____ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VI – BREACH OF EXPRESS WARRANTY**

________ COUNT VI (a) ZIMMER LPS-FLEX;

________ COUNT VI (b) ZIMMER CR-FLEX;

________ COUNT VI (c) ZIMMER GSF LPS-FLEX;

___X____ COUNT VI (d) ZIMMER GSF CR-FLEX;

___X____ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VII – BREACH OF IMPLIED WARRANTY**

________ COUNT VII (a) ZIMMER LPS-FLEX;

________ COUNT VII (b) ZIMMER CR-FLEX;

________ COUNT VII (c) ZIMMER GSF LPS-FLEX;

___X____ COUNT VII (d) ZIMMER GSF CR-FLEX;

___X____ COUNT VII (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VIII – REDHIBITION**

_______ COUNT VIII (a) ZIMMER LPS-FLEX;

_______ COUNT VIII (b) ZIMMER CR-FLEX;

_______ COUNT VIII (c) ZIMMER GSF LPS-FLEX;

_______ COUNT VIII (d) ZIMMER GSF CR-FLEX;

_______ COUNT VIII (e) ZIMMER MIS TIBIAL COMPONENTS;

________ COUNT IX – LOSS OF CONSORTIUM

________ COUNT X – WRONGFUL DEATH

________ COUNT IX – LOSS OF CONSORTIUM

________ COUNT X – WRONGFUL DEATH

________ COUNT XI - SURVIVAL ACTION

__X_____ COUNT XII – VIOLATION OF CONSUMER PROTECTION STATUTES:

Miss. Code Ann. §75-24-1

__X_____ COUNT XIII – UNJUST ENRICHMENT

__X_____ COUNT XIV – PUNITIVE DAMAGES

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;
2. For punitive or exemplary damages against Defendants;
3. For all applicable statutory damages of the state whose laws will govern this action;
4. For an award of attorney's fees and costs;
5. For prejudgment interest and the costs of suit; and
6. For such other and further relief as this Court may deem just and proper;

**JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: March 6, 2012.

Respectfully submitted,

Sheila M. Bossier (MS Bar No. 10618)
**BOSSIER & ASSOCIATES, PLLC**
1520 North State Street
Jackson, MS 39202
Telephone: (601) 352-5450
Facsimile: (601) 352-5452

OF COUNSEL:

Tim K. Goss
**FREESE & GOSS, PLLC**
3031 Allen Street. Suite 200
Dallas, Texas 75204
Telephone: (214) 761-6610
Facsimile: (214) 761-6688

David P. Matthews
**MATTHEWS AND ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

**CERTIFICATE OF SERVICE**

I certify that on March 6, 2012, a copy of the foregoing *Plaintiffs' Short Form Complaint For Zimmer Nexgen Knee Implant Products Liability Litigation* was served, pursuant to waiver of service of summons process, F.R.C.P. 4(d) upon:

Peter Mayer
Nicole Brett
BAKER & DANIELS LLP
Suite 800
111 E. Wayne Street
Fort Wayne, IN 46802

Sheila M. Bossier